THE STATE v. RHODES, *Appellant.*

86  635<br>32a 356

**Practice in Supreme Court:** APPEAL. An appeal to the Supreme Court, which is not taken at the term final judgment is rendered, will be stricken from the docket.

*Appeal from Dunklin Circuit Court.* — HON. R. P. OWEN, Judge.

APPEAL DISMISSED.

*Dennis & Fisher* for appellant.

*B. G. Boone,* Attorney General, for the state.

PER CURIAM.—The appeal in this cause was not taken during the term, and, consequently, the cause is not here. It will, therefore, be stricken from the docket.